Kevin S. Sinclair, NV Bar No. 12277
 *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE
PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>             Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>             Defendant. | Case No.: 2:22-cv-00547-GMN-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (ECF No. 1-1)**<br><br>**FIRST REQUEST** |

COMES NOW defendant North American Title Insurance Company ("North American") and plaintiff Deutsche Bank National Trust Company ("Deutsche Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On March 29, 2022, Deutsche Bank filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On March 31, 2022, North American removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. North American's response to Deutsche Bank's complaint is currently due on April 27, 2022;

4. Counsel for North American request a 30-day extension, through and including

1  Friday, May 27, 2022, for North American to file its response to Deutsche Bank's complaint to
2  afford North American's counsel additional time to review and respond to the allegations
3  contained in the complaint.
4    5. Counsel for Deutsche Bank does not oppose the requested extension;
5    6. This is the first request for an extension made by counsel for North American,
6  which is made in good faith and not for the purposes of delay.
7    7. This stipulation is entered into without waiving any of North American's
8  objections under Fed. R. Civ. P. 12.
9   **IT IS SO STIPULATED** that North American's deadline to respond to the complaint is
10  hereby extended through and including Friday, May 27, 2022.
11  Dated:  April 25, 2022   SINCLAIR BRAUN LLP

By:  /s/-Kevin S. Sinclair
  KEVIN S. SINCLAIR
  Attorneys for Defendant
  NORTH AMERICAN TITLE INSURANCE
  COMPANY

Dated:  April 25, 2022   WRIGHT FINLAY & ZAK, LLP

By:  /s/-Lindsay D. Dragon
  LINDSAY D. DRAGON
  Attorneys for Plaintiff
  DEUTSCHE BANK NATIONAL TRUST
  COMPANY

**IT IS SO ORDERED.**

 Dated this  28th  day of  April , 2022.

        _____
        BRENDA N. WEKSLER
        UNITED STATES MAGISTRATE JUDGE

