Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE
PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>                    Plaintiff,<br><br>       vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>                    Defendant. | Case No.: 2:22-cv-00547-GMN-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (ECF No. 1-1)**<br><br>**SECOND REQUEST** |

COMES NOW defendant North American Title Insurance Company ("North American") and plaintiff Deutsche Bank National Trust Company ("Deutsche Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On March 29, 2022, Deutsche Bank filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On March 31, 2022, North American removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On April 28, 2022 the Court granted the parties first stipulation for an extension of time to respond to the complaint, extending North American's response deadline to May 27, 2022 (ECF No. 11);



4. Counsel for North American requested a 32-day extension, through and including Monday, June 27, 2022, for North American to file its response to Deutsche Bank's complaint to afford North American's counsel additional time to review and respond to the allegations contained in the complaint.

5. Counsel for Deutsche Bank does not oppose the requested extension, and agreed to the requested extension on May 26, 2022;

6. On that same date, counsel for North American sent Deutsche Bank a proposed stipulation to memorialize the parties' agreement;

7. Deutsche Bank's counsel approved the proposed stipulation confirming the parties' agreement on May 30, 2022;

8. North American's counsel filed the stipulation on May 31, 2022 (ECF No. 14);

9. The Court rejected the proposed stipulation on June 1, 2022 without prejudice (ECF No. 15);

10. The parties submit the instant stipulation to both memorialize their agreement extending North American's response deadline and to explain why the prior stipulation (ECF No. 14) was not filed until after the May 27, 2022 response deadline had elapsed;

11. This is the second request for an extension made by counsel for North American, which is made in good faith and not for the purposes of delay.

12. This stipulation is entered into without waiving any of North American's objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//



2
**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

**IT IS SO STIPULATED** that North American's deadline to respond to the complaint is hereby extended through and including Monday June 27, 2022.

Dated: June 1, 2022                    SINCLAIR BRAUN LLP


                                       By: /s/-Kevin S. Sinclair
                                           KEVIN S. SINCLAIR
                                           Attorneys for Defendant
                                           NORTH AMERICAN TITLE INSURANCE
                                           COMPANY

Dated: June 1, 2022                    WRIGHT FINLAY & ZAK, LLP


                                       By: /s/-Lindsay D. Dragon
                                           LINDSAY D. DRAGON
                                           Attorneys for Plaintiff
                                           DEUTSCHE BANK NATIONAL TRUST
                                           COMPANY

**IT IS SO ORDERED.**

Dated this 2nd day of June, 2022.

                                       _____
                                       BRENDA N. WEKSLER
                                       UNITED STATES MAGISTRATE JUDGE

