Kevin S. Sinclair, NV Bar No. 12277
   *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE
PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>               Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>               Defendant. | Case No.: 2:22-cv-00547-GMN-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (ECF No. 1-1)**<br><br>**THIRD REQUEST** |

      COMES NOW defendant North American Title Insurance Company ("North American") and plaintiff Deutsche Bank National Trust Company ("Deutsche Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

      1.    On March 29, 2022, Deutsche Bank filed its complaint in the Eighth Judicial District Court for the State of Nevada;

      2.    On March 31, 2022, North American removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

      3.    On April 28, 2022 the Court granted the parties' first stipulation for an extension of time to respond to the complaint, extending North American's response deadline to May 27, 2022 (ECF No. 11);



4.     On June 2, 2022, the Court granted the parties' second stipulation for an extension of time to respond to the complaint, extending North American's response deadline to June 27, 2022 (ECF No. 17);

5.     Counsel for North American requests a 30-day extension, through and including Wednesday, July 27, 2022, for North American to file its response to Deutsche Bank's complaint to afford North American's counsel additional time to review and respond to the allegations contained in the complaint.

6.     This is the third request for an extension made by counsel for North American, which is made in good faith and not for the purposes of delay.

7.     This stipulation is entered into without waiving any of North American's objections under Fed. R. Civ. P. 12.

**IT IS SO STIPULATED** that North American's deadline to respond to the complaint is hereby extended through and including Wednesday, July 27, 2022.

Dated:  June 24, 2022         SINCLAIR BRAUN LLP

By:  /s/-Kevin S. Sinclair
KEVIN S. SINCLAIR
Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

Dated:  June 24, 2022         WRIGHT FINLAY & ZAK, LLP

By:  /s/-Darren T. Brenner
DARREN T. BRENNER
Attorneys for Plaintiff
DEUTSCHE BANK NATIONAL TRUST COMPANY

**IT IS SO ORDERED.**

Dated this  29th  day of  June , 2022.

_____
BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE

