Kevin S. Sinclair, NV Bar No. 12277
   *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE
PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>                    Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>                    Defendant. | Case No.: 2:22-cv-00547-GMN-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (ECF No. 1-1)**<br><br>**FOURTH REQUEST** |

      COMES NOW defendant North American Title Insurance Company ("North American") and plaintiff Deutsche Bank National Trust Company ("Deutsche Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

      1.    On March 29, 2022, Deutsche Bank filed its complaint in the Eighth Judicial District Court for the State of Nevada;

      2.    On March 31, 2022, North American removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

      3.    On April 28, 2022 the Court granted the parties' first stipulation for an extension of time to respond to the complaint, extending North American's response deadline to May 27, 2022 (ECF No. 11);



**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

4. On June 2, 2022, the Court granted the parties' second stipulation for an extension of time to respond to the complaint, extending North American's response deadline to June 27, 2022 (ECF No. 17);

5. On June 30, 2022, the Court granted the parties' third stipulation for an extension of time to respond to the complaint, extending North American's response deadline to July 27, 2022 (ECF No. 19);

6. The parties have reached an agreement to temporarily stay this case, which the parties are memorializing in a separate stipulation;

7. Counsel for North American requests a 30-day extension, through and including Friday, August 26, 2022, for North American to file its response to Deutsche Bank's complaint, pending the Court's consideration of the aforementioned stipulation to stay this case;

8. This is the fourth request for an extension made by counsel for North American, which is made in good faith and not for the purposes of delay.

9. This stipulation is entered into without waiving any of North American's objections under Fed. R. Civ. P. 12.

**IT IS SO STIPULATED** that North American's deadline to respond to the complaint is hereby extended through and including Friday, August 26, 2022.

Dated: July 27, 2022

SINCLAIR BRAUN LLP
By: __/s/-Kevin S. Sinclair__
KEVIN S. SINCLAIR
Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

Dated: July 27, 2022

WRIGHT FINLAY & ZAK, LLP
By: __/s/-Lindsay D. Dragon__
LINDSAY D. DRAGON
Attorneys for Plaintiff
DEUTSCHE BANK NATIONAL TRUST COMPANY

**IT IS SO ORDERED.**

Dated this __1st__ day of __August__, 2022.

_____
BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE

