Kevin S. Sinclair, NV Bar No. 12277
    ksinclair@sinclairbraun.com
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE
OF PROCESS ONLY PER L.R. IA 11-1(b)(ii)

Janet Trost, Esq., State Bar No. 4072
501 S. Rancho Drive
Suite H-56
Las Vegas, NV 89106

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>            Plaintiff,<br><br>    vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>            Defendant. | Case No.: 2:22-cv-00547-GMN-BNW<br><br>**NOTICE OF CHANGE OF DESIGNATION OF LOCAL COUNSEL FOR SERVICE OF PROCESS ONLY PER LOCAL RULE IA 11-1(b)** |

**PLEASE TAKE NOTICE** that as of the date appearing below, attorney Gary L. Compton, Esq. will no longer serve as designated local counsel for service of process for Sinclair Braun LLP pursuant to Local Rule IA 11-1(b), and no further papers, process or pleadings should be served on Mr. Compton.



Counsel of record Kevin Sinclair and Sinclair Braun LLP hereby designate Janet Trost, Esq. as designated local counsel for service of process only pursuant to Local Rule IA 11-1(b). All papers, process, or pleadings required to be served on Mr. Sinclair may be directed as follows:

>Janet Trost, Esq.
>501 S. Rancho Drive
>Suite H-56
>Las Vegas, NV 89106

Dated:  November 16, 2022        SINCLAIR BRAUN LLP

                                 By:  */s/-Kevin S. Sinclair*
                                     KEVIN S. SINCLAIR
                                     Attorneys for Defendant
                                     NORTH AMERICAN TITLE INSURANCE
                                     COMPANY

## ORDER

IT IS ORDERED that ECF No. 24 is DENIED without prejudice for failure to comply with LR IA 11-6(c).

**IT IS SO ORDERED**
**DATED:** 10:43 am, November 17, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

