WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq. (NBN 8386)
Christina V. Miller, Esq. (NBN 12448)
Lindsay D. Dragon, Esq. (NBN 13474)
Yanxiong Li, Esq. (NBN 12807)
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
cmiller@wrightlegal.net
ldragon@wrightlegal.net
yli@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-NC5, Mortgage Pass-Through Certificates, Series 2006-NC5*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-NC5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC5<br><br>Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY, INC. and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00547-GMN-BNW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS [ECF NO. 41]**<br><br>**(First Request)** |

COMES NOW, Plaintiff, Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-NC5, Mortgage Pass-Through Certificates, Series 2006-NC5 ("Deutsche Bank") and Defendant Doma Title Insurance F/K/A North American Title Insurance Company ("NATIC", collectively, the "Parties"), by and through their respective undersigned counsels, stipulate and agree as follows:

1. On March 5, 2024, NATIC filed a Motion to Dismiss [ECF No. 41];
2. Deutsche Bank's deadline to respond to NATIC's Motion to Dismiss is currently March 19, 2024;

3. Deutsche Bank's counsel is requesting a brief two-week extension until April 2, 2024, to provide additional time for counsel to review and respond to the points and authorities cited to in the pending Motion;

4. Counsel for NATIC does not oppose the requested extension;

5. This is the first request for an extension and is made in good faith and not for purposes of undue delay or prejudice.

**IT IS SO STIPULATED.**

DATED this 18th day of March, 2024.                DATED this 18th day of March, 2024.

WRIGHT, FINLAY & ZAK, LLP                SINCLAIR BRAUN KARGHER LLP

/s/ *Yanxiong Li, Esq.*                  /s/ *Kevin S. Sinclair, Esq.*
Yanxiong Li, Esq.                        Kevin S. Sinclair, Esq.
Nevada Bar No. 12807                     Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200           15260 Ventura Blvd., Ste 715
Las Vegas, NV 89117                      Sherman Oaks, California 91403
*Attorneys for Plaintiff, Deutsche Bank*  *Attorneys for Defendant, Doma Title*
*National Trust Company as Trustee for*   *Insurance F/K/A North American Title*
*Morgan Stanley ABS Capital I Inc. Trust* *Insurance Company, Inc.*
*2006-NC5, Mortgage Pass-Through*
*Certificates, Series 2006-NC5*

**IT IS SO ORDERED**.

DATED: March 18, 2024                    _____
                                         DISTRICT COURT JUDGE