1  Kevin S. Sinclair, NV Bar No. 12277
     *ksinclair@sinclairbraun.com*
2  SINCLAIR BRAUN KARGHER LLP
   15260 Ventura Blvd., Suite 715
3  Sherman Oaks, California 91403
   Telephone:  (213) 429-6100
4  Facsimile:  (213) 429-6101

5  Attorneys for Defendant
   DOMA TITLE INSURANCE F/K/A NORTH AMERICAN
6  TITLE INSURANCE COMPANY

7  DESIGNATED LOCAL COUNSEL FOR SERVICE OF
   PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)
8
   Janet Trost, Esq.
9  501 S. Rancho Drive
   Suite H-56
10 Las Vegas, Nevada 89106

11                     **UNITED STATES DISTRICT COURT**

12                            **DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>                    Plaintiff,<br><br>         vs.<br><br>DOMA TITLE INSURANCE F/K/A NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>                    Defendant. | Case No.: 2:22-CV-00547-GMN-BNW<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE** |



1

**STIPULATION TO DISMISS ACTION WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Deutsche Bank National Trust Company and defendant Doma Title Insurance f/k/a North American Title Insurance Company stipulate to the **DISMISSAL WITH PREJUDICE** of this action, with each party to bear its own fees and costs.

Dated:  April 25, 2024     SINCLAIR BRAUN KARGHER LLP

By:  */s/-Kevin S. Sinclair*
KEVIN S. SINCLAIR
Attorneys for Defendants
DOMA TITLE INSURANCE F/K/A NORTH AMERICAN TITLE INSURANCE COMPANY

Dated: April 25, 2024     WRIGHT FINLAY & ZAK LLP

By:  */s/-Yanxiong Li*
YANXIONG LI
Attorneys for Plaintiff
DEUTSCHE BANK NATIONAL TRUST COMPANY

**IT IS SO ORDERED.**

_____
THE HON. GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

